IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CAPITOL RECORDS, INC., et al.
    Plaintiffs,

vs.                                        3:06cv35/RV/MD

RICHARD HYDER III, et al.
    Respondents.

## REPORT AND RECOMMENDATION

    This cause is before the court upon the parties stipulation to entry of final judgment and permanent injunction. (Doc. 17).  The parties have agreed to terms of a final judgment pursuant to which, among other things, the defendant shall pay to the plaintiffs a total of $10,000 (which includes $310.00 in costs), defendant shall be enjoined from using the internet to reproduce (download) or distribute (upload) any of plaintiffs' recordings, and defendant shall be required to destroy all copies of plaintiff's recordings that he or any third party has made on computer equipment owned or controlled by him.

    Accordingly, it is respectfully RECOMMENDED:

    That judgment be entered in favor of the plaintiffs and against the defendant as more fully set forth in the parties' stipulation.

    At Pensacola, Florida this 25th day of May, 2006.

/s/ *Miles Davis*

**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy hereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of any objections shall be served upon any other parties.  Failure to object may limit the scope of appellate review of factual findings.**  *See* 28 U.S.C. § 636; *United States v. Roberts,* 858 F.2d 698, 701 (11th Cir. 1988).