IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CAPITAL RECORDS, INC., et al.,
    Plaintiffs,

vs.                          3:06cv35/RV/MD

RICHARD HYDER, III,
    Defendant.
_____

## O R D E R

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on May 25, 2006, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.    Judgment is entered in favor of the plaintiffs and against the defendant as more fully set forth in the parties' stipulation.

DONE AND ORDERED this 5th day of June, 2006.

                                    /s/ *Roger Vinson*
                                    ROGER VINSON
                                    SENIOR UNITED STATES DISTRICT JUDGE